IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 07-30131 |
| MOHLER, SHENA (NMN), | Chapter 7 |
| Debtor. | |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

Shena Mohler                                                                 $508.86

Dated: November 1, 2010            Respectfully submitted,

/s/Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634
Telephone:  (574) 233-1194
Facsimile:   (574) 233-8957
Email:         jshtrustee@jonesobenchain.com

2

CERTIFICATE OF SERVICE

    I hereby certify that on the 1st day of November 2010, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Gary D. Lebrato | United States Trustee |
| LebratoLaw@comcast.net | ustpregion10.so.ecf@usdoj.gov |

                                            /s/ Jacqueline Sells Homann
                                            Jacqueline Sells Homann